JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN AGUILAR-CORTEZ, <br> Petitioner, <br> v. <br> WARDEN, <br> Respondent. | Case No. CV 18-8154-ODW (SP) <br><br> **JUDGMENT** |

Pursuant to the Memorandum and Order Summarily Dismissing Petition For Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: _December 26, 2018

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE